# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | INDICTMENT |
| J'QUAN MAURICE PACKER, | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |
| | Forfeiture |

*FILED*
RICHARD W. NAGEL
CLERK OF COURT

2022 JUL -5 PM 12: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**THE GRAND JURY CHARGES**:

## COUNT 1
### [Possession of a Firearm by a Prohibited Person]

On or about April 29, 2022, in the Southern District of Ohio, the defendant, **J'QUAN MAURICE PACKER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a loaded Lorcin, Model L380, .380 caliber pistol, bearing Serial Number 171012, and the firearm was in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, **J'QUAN MAURICE PACKER**, shall forfeit to the United States all firearms and ammunition involved in or used in such offense, including, but not limited to: a Lorcin, Model L380, .380 caliber pistol, bearing Serial Number 171012, and approximately 2 rounds of ammunition.

**Forfeiture pursuant to Title 18, United States Code, § 924(d)(1), Title 28, United States Code, § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL

*s/Foresperson*
GRAND JURY FOREPERSON

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney